Jess G. Webster (AK #8410088)
Mikkelborg, Broz, Wells & Fryer, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, Washington  98154
P: 206-623-5890
F: 206-623-0965
E: jgwebster@mikkelborg.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY a, corporation; STARR INDEMNITY & LIABILITY COMPANY, a corporation; SUNDERLAND MARINE MUTUAL INS. CO., a corporation; Underwriters at LLOYD'S SYNDICATE WTK457, a marine insurance syndicate organized in London, U.K.; THE NORTHERN ASSURANCE CO. OF AMERICA, a corporation,<br>Plaintiffs,<br>vs.<br>OLSON MARINE, INC., an Alaska corporation,<br>Defendant. | IN ADMIRALTY<br><br>**No.  3:11-cv-00191-RRB**<br><br>**NOTICE OF DISMISSAL**<br><br>(Clerk's Action Required) |

Plaintiffs CONTINENTAL INSURANCE COMPANY a corporation; STARR INDEMNITY & LIABILITY COMPANY, a corporation; SUNDERLAND MARINE MUTUAL INS. CO., a corporation; Underwriters at LLOYD'S SYNDICATE WTK457, a marine insurance syndicate organized in London, U.K.; THE NORTHERN ASSURANCE CO. OF AMERICA, a corporation, hereby give notice that the claims set forth in the Complaint have been fully compromised and settled and, accordingly, Plaintiffs give

**NOTICE OF DISMISSAL (Civil Action) – 1**
 Case No.: 3:11-cv-00191-RRB



1  notice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A) of dismissal of this
2  action with prejudice.
3        DATED at Seattle, Washington, this  2nd  day of November, 2011.

MIKKELBORG, BROZ, WELLS & FRYER, PLLC

By:   s/ Jess G. Webster
     Jess G. Webster, ABA No. 8410088
     Douglas M. Fryer
     Lafcadio H. Darling
     Of Attorney for Plaintiffs
Mikkelborg, Broz Wells & Fryer, PLLC
1001 Fourth Ave., Suite 3600
Seattle, WA 98154
Phone: 206-623-5890
Fax: 206-623-0965
Email: jgwebster@mikkleborg.com
Attorneys for Plaintiffs

**NOTICE OF DISMISSAL (Civil Action) – 2**
Case No.: 3:11-cv-00191-RRB

